UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOELLE PREMO,

        Plaintiff,

CIVIL ACTION NO. 07-13188

DISTRICT JUDGE AVERN COHN

v.

UNITED STATES OF AMERICA, et al,

        Defendants.
_____/

## ORDER REGARDING JUDGMENT

Pursuant to the Memorandum and Order Granting in Part and Denying in Part the Plaintiff's Motion for Summary Judgment entered on February 3, 2009, a judgment, which was not final, was entered in favor of the Plaintiff in the amount of $34,018.62. The parties were given ten days to notify the Court if the Memorandum and Order disposed of the case. The plaintiff then filed a Motion for Reconsideration which was denied on March 17, 2009. Both parties have appealed from the judgment of February 3, 2009.

Therefore, IT IS HEREBY ORDERED that the judgment of February 3, 2009 is final. The Clerk is directed to enter a final judgment in favor the Plaintiff.

Dated: April 7, 2009

    s/Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 7, 2009, by electronic and/or ordinary mail.

    s/Julie Owens
    Case Manager, (313) 234-5160