UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOELLE PREMO,

        Plaintiff,        Case No. 07-13188

v.        HON. AVERN COHN

THE UNITED STATES OF AMERICA,
UNITED STATES POSTAL SERVICE,
and "JOHN DOE"

        Defendants.

_____/

## **AMENDED FINAL JUDGMENT**

For the reasons stated in *Premo v. United States*, 599 F.3d 540 (6th Cir. 2010), wherein the Sixth Circuit Court of Appeals held that Plaintiff's Complaint should be dismissed in its entirety (by affirming this Court's decision to grant part of the Defendants' Motion for Summary Judgment, Docket No. 15, and reversing this Court's decision to deny part of the Defendants' Motion for Summary Judgment, Docket No. 15), judgment is entered in favor of Defendants. Each party is responsible for its own costs and fees associated with this litigation.

        DAVID WEAVER

Dated: June 15, 2010        By: s/Julie Owens
                      Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 15, 2010, by electronic and/or ordinary mail.

        S/Julie Owens
        Case Manager